# Court of Appeals
# of the State of Georgia

ATLANTA,__October 23, 2017____

*The Court of Appeals hereby passes the following order:*

## A18E0016.   FRANCHESA FAVORS, et al. v. ATLANTA INDEPENDENT SCHOOL SYSTEM, et al.

Upon consideration of the emergency motion for an extension of time to file application for discretionary appeal by Appellants filed on October 20, 2017, the motion is hereby GRANTED.

Appellants shall have through and until October 23, 2017 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/23/2017_____*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*